1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| REGINIAL WARD, | ) | CV F- 06-0155 AWI DLB P |
|  | ) |  |
|  | ) | ORDER DIRECTING PLAINTIFF TO |
| Plaintiff, | ) | SUBMIT USM 285 FORMS |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| JOHNNY RAMOS, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint transferred to this court on February 13, 2006.  The complaint appears to a cognizable claims for relief for excessive force against the named defendant.   Accordingly, IT IS HEREBY ORDERED that:

1.    Service is appropriate for defendant J. Ramos.

2.    The Clerk of the Court shall send Plaintiff one (1) USM-285 forms, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 25, 2006.

3.    Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

Court with the following documents:

    a.      Completed summons;

    b.      One completed USM-285 form for each defendant listed above; and

    c.      Two (2) copies of the endorsed complaint filed January 25, 2006.

4.     Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.     <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:**   **December 14, 2006**           **/s/ Dennis L. Beck**

3c0hj8                            UNITED STATES MAGISTRATE JUDGE