UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGENIAL CLIFFORD WARD, | ) | 1:06-CV-0155 LJO DLB (PC) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO RESPOND TO COMPLAINT |
| v. | ) | |
| | ) | (DOCUMENT #16) |
| JOHNNY RAMOS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

May 23, 2007, defendant filed a motion to extend time to respond to the Complaint.  Good cause having

been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

ORDERED that:

        Defendant is granted thirty days from the date of service of this order  in which to respond to the

Complaint.

        IT IS SO ORDERED.

        Dated:    **July 10, 2007**            _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE