# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENIAL CLIFFORD WARD,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHNNY RAMOS,<br><br>            Defendant.<br>_____/ | CASE NO. 1:06-cv-00155-LJO-DLB PC<br><br>**ORDER AMENDING SECOND SCHEDULING ORDER**<br><br>(Doc. 23) |

      Plaintiff Regenial Ward ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed January 25, 2006, against defendant Ramos for using excessive force, in violation of the Eighth Amendment.

      On August 29, 2008, defendant filed a motion for modification of the Court's Second Scheduling Order. (Doc. 23). Defendant states that plaintiff is no longer in the custody of the CDCR, and requests that counsel for defendant be relieved of her obligation to arrange for plaintiff's participation in the October 24, 2008 telephonic trial confirmation hearing. Plaintiff did not file a response.

///
///
///
///

Good cause appearing, paragraph 3 at page 5 of the Second Scheduling Order is modified to read as follows:

"3. All parties appearing telephonically at the trial confirmation hearing shall appear together on a single phone line, and shall call **(559) 499-5670** to initiate the hearing."

IT IS SO ORDERED.

Dated:   **October 2, 2008**             /s/ **Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE