# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENIAL CLIFFORD WARD, | CASE NO. 1:06-cv-00155 LJO DLB PC |
| Plaintiff, | |
| v. | ORDER VACATING TRIAL DATE |
| JOHNNY RAMOS, | |
| Defendant. | |

Plaintiff Regenial Clifford Ward ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action. This matter is currently set for trial on November 24, 2008.

On October 28, 2008, this Court issued Findings and Recommendations recommending that this action be dismissed for plaintiff's failure to prosecute and failure to obey a court order. Accordingly, the trial date is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **October 28, 2008**        /s/ **Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE

1